FILED
MAY 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.

JOHN C. SIMMS
1620 FORT DAVIS ST. S.E.
WASHINGTON, D.C.

Case: 1:08-cv-00910
Assigned To : Leon, Richard J.
Assign. Date : 5/29/2008
Description: Civil Rights-Non. Employ.

Vs

DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS,
Et al. CENTRAL TREATMENT FACILITY
Et.al

CIVIL ACTION

Comes, now JOHN C.SIMMS drafting pro se in reference to the legal cases or case above and hereby states: this Honorable Court has jurisdiction pursuant to Title 28 U.S.C. section 1332(a)(1) 1331 1343(1)(2)(3)(4) 1651 (a) 2202 in conjunction with Title 42 U.S.C. 1391(a)(e)(4) and (c)(2)(c)(d)(6) of Federal Rules of Civil Procedure,

RECEIVED
MAY 22 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

\

to serve and entertain the merits of this foregoing Civil Rights Complaint/Civil Action, to wit, the Plaintiff hereby complains of the dendants and as a municipal within the means of

    Carlson vs. Green 446 U.S. 14 64 L ed 2d 15 100 S.Ct
Brandon v. Holt 469 U.S.____ 83 L ed 2d 878 105 S. Ct.

    Mionell v. New York City Dept. of Social Service 436 U.S. 658 98 S. Ct. 2018 56 L ed 2d 611 n.3 (1978)

    Owen v. City of Independence 445 U.S. 622 100 S. Ct 1398 63 L ed 2d 673 (1980)

    Dennis v. Sparks 499 U.S. 24 27 28 101 S Ct 183 18 186 66 L ed 2d 185 (1980)

    From which the plaintiff here in after respectively shows unto the court that:

On or around the year 1995-96 that Plaintiff, injured right knee while being in the custody of said defendant. That said injury was never repaired or properly attended to And said injury stayed with Plaintiff unrepaired up to and through release date. (January 4, 2008)

    That said injury has and still is causing Plaintiff great difficulty, physically and mentally, even more so, doctors bills have been issued to Plaintiff after seeking medical

attention while in the community. As of this time of redress Plaintiff has not had the proper attention to the treating of this knee injury.

   Plaintiff gives notice to the Court the Plaintiff is entitled to the proper medical attention while being in the custody of defendant pursuant to Civil and United States Constitutional Rights. That defendant is responsible for the well being of Plaintiff while in defendants' custody.

   Therefore Petitioner/Plaintiff Request that a Public Defender be appointed to handle this Civil Action/Civil Complaint and that the bills received for injury be paid in full, and that the amount of $150,000,000 be awarded to Plaintiff/Petitioner or and a trail date be set to entertain said Civil Action.

DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS NUMBER 189279
DCDC

22/MAY/08

Respectfully submitted

*John C. Simms Pro Se*



661 PENN. AVE SE, WASHINGTON
PHARMACY 543-3305  STORE 547-93 5

ED#13 TRAN#6871 CSHR#756520 STR#1 93

RX ITEM 060015900         10.99N

TOTAL                     10.99
VISA                      10.99
************0490           NS
CHANGE                      .00

5133 8810 0687 1137
RETURNS WITH RECEIPT THRU 06/08/2 08

APRIL 9, 2008              11 58 AM

*=FLEXIBLE SPENDING ACCT SUMMARY ( SA)
Prescription Eligible Total   10.99

*********************************
We help make it easier to track our
health spending with this receipt.
The FSA summary above includes items
(and tax) that may be eligible for
reimbursement from your FSA/HRA/ SA
plan. Plan restrictions may apply
Check with your plan administrator
for more details.
*********************************

GET YOUR CVS EXTRACARE CARD

SHOP 24 HOURS A DAY AT CVS.COM
THANK YOU FOR SHOPPING WITH US

```
SHADY GROVE RADIOLOGICAL CONSULT
PO BOX 17124
BALTIMORE      MD 21297
```

| PATIENT NAME |
|---|
| JOHN SIMMS |

| BILL DATE | AMOUNT PAID |
|---|---|
| 05/13/08 | |

| FOR BILLING QUESTIONS CALL |
|---|
| (301)212-4260 |

RETURN SERVICE REQUESTED

| PATIENT ACCOUNT NO. |
|---|
| 700978823 |

PLEASE MAIL PAYMENT TO:

```
JOHN SIMMS
12912 FALLING WATER CR APT 201
GERMANTOWN, MD   20874
```

```
SHADY GROVE RADIOLOGICAL CONSULT
PO BOX 17124
BALTIMORE     MD 21297
```

☐ VISA ☐ Mastercard   Expiration Date _____

signature    DETACH HERE AND RETURN TOP PORTION WITH PAYMENT

| DATE OF SERVICE | DESCRIPTION OF SERVICE<br>CPT / PROFESSIONAL SERVICES / ICD9 | AMOUNT |
|---|---|---|
| 04/28/08 | 73564 26 KNEE COMPLETE R OR L 4 V  959.7   ROTHFELD | 77.00 |

PAYMENT IS DUE UPON RECEIPT. IF YOU HAVE INSURANCE, PLEASE FILL OUT THE BACK OF THIS STATEMENT WITH THAT INFORMATION AND RETURN OR CALL OUR OFFICE WITHIN THE NEXT TEN DAYS.     THANK YOU.

| DATE | PATIENT NAME | ACCOUNT NO. | AMOUNT DUE |
|---|---|---|---|
| 05/13/08 | JOHN SIMMS | 700978823 | 77.00 |
| PLACE OF SERVICE | | MAKE CHECK PAYABLE TO | |
| EMERGENCY CENTER AT GE | | SGRC PA | |
| IMPORTANT MESSAGE REGARDING YOUR ACCOUNT | | | |
| | | | |
| FOR BILLING QUESTIONS CALL | | (301)212-4260 | |

# YOUR STATEMENT

Thank you for choosing Adventist HealthCare for your healthcare services. **The balance shown is your responsibility and is due no later than 10 days from the date of this statement.** Please pay your balance in full or contact a customer service representative for payment arrangements at the appropriate telephone numbers listed on the back of this statement.

## ► SUMMARY OF CHARGES

| | |
|---|---|
| LABORATORY | 191.40 |
| RADIOLOGY | 199.80 |
| ULTRASOUND | 217.40 |
| PHARMACY | 4.21 |
| EMERGENCY DEPT | 517.10 |
| **Total Charges** | **1129.91** |

## ► INSURANCE INFORMATION

**PRIMARY**
Insurance Name       SELF-PAY
Name of Insured      JOHN SIMMS
Policy Number

## ► QUESTIONS

Billing questions or an itemized bill request? Call your Customer Service representative at (301) 315-3660, Mon-Thurs 9:00am to 4:30pm, Friday 9:00am to 3:00pm. See back for more information.

## ► ACCOUNT SUMMARY

| | |
|---|---|
| Statement date | 05/05/2008 |
| Date of Service | 04/28/08 |
| Account Number | 31747575 |
| Insurance Payments | $.00 |
| Contractual Adjustments | $.00 |
| Patient Payments | $.00 |

---

**PLEASE RETAIN THIS PORTION FOR YOUR RECORDS**

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

☐ Check box if below address is incorrect and indicate change(s) on reverse side.



GERMANTOWN EMERGENCY CENTER
1801 RESEARCH BLVD. SUITE 300
ROCKVILLE, MD 20850

**RETURN SERVICE REQUESTED**

PATIENT NAME: SIMMS, JOHN        32341
Please write your account number on your check.
Make check payable to Adventist HealthCare.     32341*TD20F0KFY000103

0101

JOHN SIMMS
12912 FALLING WATER CIRCLE
APT 201
GERMANTOWN, MD 20874-7127



**This is your balance**        $1129.91

IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.
CHECK CARD USING FOR PAYMENT
☐ MASTERCARD  ☐ DISCOVER  ☐ VISA  ☐ AMERICAN EXPRESS

CARD NUMBER                          SIGNATURE CODE
SIGNATURE                            EXP. DATE

| DUE DATE | STATEMENT DATE | ACCT. # |
|---|---|---|
| 05/15/2008 | 05/05/08 | 31747575 OUT |
| **AMOUNT DUE** | SHOW AMOUNT | |
| $1129.91 | PAID HERE $ | |

652752C

GERMANTOWN EMERGENCY CENTER
P.O. BOX 62153
BALTIMORE, MD 21264-2153

**MONTGOMERY EMERGENCY PHYSICIANS**
P.O. Box 613
Frederick, MD 21705-0613

RETURN SERVICE REQUESTED

JOHN SIMMS
12912 FALLING WATER CIR APT 201
GERMANTOWN MD 20874

REMIT TO: MONTGOMERY EMERGENCY PHYSICIANS
PO BOX 17167
BALTIMORE MD 21297-0212

## STATEMENT

| STATEMENT DATE | ACCOUNT NUMBER | BALANCE DUE |
|---|---|---|
| 11 May 08 | 16177 | $498.00 |

| PAY THIS AMOUNT | $498.00 |
|---|---|
| AMOUNT ENCLOSED | |

☐ BILL MY: ☐ [VISA]  ☐ [DISC]  ☐ [MC]
CARD.# _____ EXP. _____
SIGNATURE _____ AMOUNT _____

For Inquiries Call: (240)364-2515
Tax ID Number: 522043450

☐ Please check box if address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

PAYMENT DUE BY: 01 Jun 08    PLEASE FOLD ON PERFORATION AND RETURN THIS PORTION WITH REMITTANCE

---

| Date | Procedure | ICD | POS | Service Description | Amount |
|---|---|---|---|---|---|
| | | | | Physician services for: JOHN SIMMS | |
| 04/28/08 | 99285 | 729.5 | 23 | EMER DEPT HIGH SEVERITY&THREAT MGEC GERM | $498.00 |

The amount shown in the PLEASE PAY THIS AMOUNT box is due from you (plus the amount listed as in collections, if any).  CALL YOUR INSURANCE for any rejection or coverage issues.  To make payment arrangements, contact the billing office.
********************************************************************
EL MONTO EN LA CAJA QUE DICE "PLEASE PAY THIS AMOUNT" ES LO QUE
DEBE PAGAR MAS EL MONTO QUE LE PONGA EN COLECCIONES.  LLAME A SU SEGURO
SI NO PAGARON NADA Y PARA PREGUNTAS DE CUBERTURA DE POLICA.  LLAMENOS
PARA HACER ARREGLOS DE PAGO.  GRACIAS.
--------------------------------------------------------------------
********************************************************************
*WE HAVE BEEN NOTIFIED THAT THIS SERVICE IS LISTED AS A SELF-PAY.   *
*PLEASE CONTACT US WITH THE NAME AND ADDRESS OF YOUR HEALTH INSURANCE*
*IN ORDER FOR US TO FILE A CLAIM.                                   *
*                                                                   *
*NOS NOTIFICARON QUE NO TIENE SEGURO DE ENTEFMEDAD.  SI TIENE SEGURO *
*POR FAVOR LLAMENOS CON LA INFORMACION PARA QUE LO MANDEMOS.  GRACIAS.*
********************************************************************

| Account Number | Billing Date | Responsible Party | Please Pay This Amount |
|---|---|---|---|
| 16177 | 11 May 2008 | JOHN SIMMS | $498.00 |

| Current | 31-60 Days | 61-90 Days | 91-120 Days | Over 121 Days | Balance Due |
|---|---|---|---|---|---|
| $498.00 | | | | | $498.00 |

**MONTGOMERY EMERGENCY PHYSICIANS**
PO BOX 17167
BALTIMORE MD 21297-0212

FOR INQUIRIES CALL: (240)364-2515

```
Case 1:08-cv-00910-RJL   Document 1-3   Filed 05/29/2008   Page 1 of 2    08-910
                                                                          RJL
```

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
John Simms

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (NP)

## DEFENDANTS
DC Department of Correctional, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Case: 1:08-cv-00910
Assigned To : Leon, Richard J.
Assign. Date : 5/29/2008
Description: Civil Rights-Non. Employ.

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
- ☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Immigration**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus- Alien Detainee
- ☐ 465 Other Immigration Actions

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant)

- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.

- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

O

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☒ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ $150,000   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☒ NO   If yes, please complete related case form.

DATE 5/29/08   SIGNATURE OF ATTORNEY OF RECORD   NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

  I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

  III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

  IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

  VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

  VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

i:\forms\js-44.wpd