**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOHN C. SIMMS,           ) | |
| ) | Civil Action No. 08-910 (RJL) |
| Plaintiff,          ) | |
| ) | |
| v.                                         ) | |
| ) | |
| DISTRICT OF COLUMBIA,  ) | |
| *et. al*                                 ) | |
| ) | |
| Defendants.    ) | |

## DEFENDANT DISTRICT OF COLUMBIA'S
## MOTION FOR A MORE DEFINITE STATEMENT

Defendant District of Columbia, through counsel and pursuant to Fed. R. Civ P. 12(e), respectfully moves this Court to order the Plaintiff to file a more definite statement. A memorandum of points and authorities in support of this motion and proposed order are attached hereto and incorporated by reference.

## RULE 7.1(m) CERTIFICATE

Pursuant to Local Rule 7.1(m) the undersigned mailed correspondence to the Plaintiff on July 28, 2008, first class, postage-pre-paid, seeking consent for the relief sought in the instant motion. *(See Exhibit I)* The undersigned also requested that Plaintiff contact her immediately to discuss this matter and to provide his contact information. *(See Exhibit I)* The letter was sent to Plaintiff's address of record with this court: 1620 Fort Davis Street, S.E., Washington, D.C. 20001. *(See Exhibit II)* To date, the undersigned has received no response from Plaintiff despite the undersigned's good faith effort to determine whether there is any opposition to the relief sought by the District of Columbia as required by Local Rule 7.1(m). As a result, the motion should be treated as contested.

Dated this 4th day of August, 2008.

>Respectfully submitted,
>
>PETER J. NICKLES
>Acting Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General, Civil Litigation Division
>
>*/s/ Toni Michelle Jackson*
>TONI MICHELLE JACKSON [453765]
>Chief, General Litigation Section III
>
>*/s/ Vanessa E. Atterbeary*
>VANESSA E. ATTERBEARY [478070]
>Assistant Attorney General
>441 Fourth Street, N.W., Suite 6S-070
>Washington, D.C. 20001
>(202) 727-9624
>(202) 727-3625 (fax)
>Email: Vanessa.Atterbeary@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2008, I filed the foregoing Motion For a More Definite Statement, Memorandum and Points and Authorities and proposed Order with the Clerk of the Court using the CM/ECF System and a copy was mailed first class, postage pre-paid to:

>John C. Simms, *pro se*
>1620 Fort Davis Street., S.E.
>Washington, DC 20001

>>*/s/ Vanessa E. Atterbeary*
>>VANESSA E. ATTERBEARY
>>Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOHN C. SIMMS )<br>   )<br>   Plaintiff, )<br>   )<br>v. )<br>   )<br>DISTRICT OF COLUMBIA, )<br>*et. al* )<br>   )<br>   Defendants. ) | Civil Action No. 08-910 (RJL) |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT
DISTRICT OF COLUMBIA'S MOTION FOR A MORE DEFINITE STATEMENT

Defendant District of Columbia hereby submits this memorandum in support of its Motion for a More Definite Statement. A more definite statement is warranted because Plaintiff has failed to meet the pleading requirements outlined in Fed. R. Civ P. 8 (a) and 10(b).

**BACKGROUND**

Plaintiff, John C. Simms (hereinafter "Plaintiff"), was an inmate at either the Central Corrections Facility (hereinafter "CTF") or Department of Corrections ("DOC").[1] Plaintiff filed a Complaint alleging that "on or around the year 1995-96" he injured his right knee while in the custody of the DOC. Plaintiff further alleges that his right knee was never "repaired or properly attended to" and continues to cause him difficulty. Plaintiff seeks $150,000.00 in damages.

**STANDARD OF REVIEW**

Fed. Civ. R. 12(e) provides defendants with a remedy for inadequate complaints. Where a pleading is "so vague or ambiguous that a party cannot reasonably be required to frame a

---

[1] It is unclear when Plaintiff was incarcerated; however, he was released on January 4, 2008. The latter information is based on Plaintiff's Complaint.

respons[e]" the court should grant defendant's motion for a more definite statement. *McQueen v. Woodstream Corporation*, 244 F.R.D. 26, 34 (D.D.C. 2007). Moreover, where a complaint pleads nothing but conclusions it is necessary for plaintiff to clarify his pleading. *Id.*

The underlying complaint in this matter lacks clarity and does not provide a sufficient factual record. As a result, the District cannot respond to the Plaintiff's complaint and the instant Motion for More Definite Statement should be granted.

### ARGUMENT

**Plaintiff failed to comply with Fed. R. Civ P. 8 (a) and 10(b) and; therefore, he should be ordered to file a more definite statement.**

Fed. R. Civ. P. 8(a)(2) states that a pleading which sets forth a claim for relief shall contain " a short and plain statement of the claim showing that the pleader is entitled to relief." While Fed. R. Civ. 8(a) requires only a "short and plain statement" the complaint must be detailed enough to give the defendant "fair notice of what the . . . claim is and grounds upon which it rests[.]" *Dorsey v. American Express Company*, 499 F. Supp. 2d 1, 3 (D.D.C. 2007).

In the instant case, Plaintiff's complaint fails to inform the District of the basis of his claim and upon what authority he is entitled to relief. Plaintiff states, "On or around the year 1995-96 that Plaintiff, injured right knee while being in the custody of said defendant." Plaintiff does not indicate how his knee was injured, if and when he received treatment or whose custody he was in.[2] Plaintiff further alleges, "That said injury was never repaired or properly attended to And said injury stayed with Plaintiff unrepaired up to and through release date. (January 4, 2008)" Again, Plaintiff does not specify what medical treatment he received, where any medical

---

[2] Plaintiff has brought suit against DOC and Central Treatment Facility. It is unclear whose custody he was in when his knee was allegedly injured.

treatment was received or how his injury was "attended to." Most importantly, it is unclear if Plaintiff is making a constitutional or a common law claim.

Plaintiff has not stated specific elements of a claim necessary to sustain damages. Plaintiff has made general statements; however, he has listed no facts to support his allegations. In *Dorsey*, the Court stated that a "Plaintiff must be specific enough with respect to 'the material elements necessary to sustain recovery under *some* viable legal theory.'" *Id.* at 3. It is necessary for Plaintiff to be more specific in his allegations before the District can articulate an answer and any defenses to which it is entitled.

Fed. R. Civ. P. 10(b) reads in pertinent part:

> "All averments of a claim . . . shall be made in numbered paragraphs . . . each of which shall be limited as far as practicable to a statement of a single set of circumstances; and a paragraph may be referred to by number in all succeeding pleadings. Each claim . . . shall be stated in a separate count . . . whenever the separation facilitates the clear presentation of the matters set forth."

Likewise, Plaintiff's Complaint does not comply with Fed. R. Civ. P. 10(b). Plaintiff has not utilized numbered paragraphs, has not alleged separate counts and fails to assert a "clear presentation of the matters set forth." As a result of his failure to comply with Fed. R. Civ. P. 10(b), this Court should order Plaintiff to file a more definite statement.

## CONCLUSION

For the foregoing reasons, the District respectfully requests that this Court order Plaintiff to file a more definite statement.

Dated this 4th day of August, 2008.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON [453765]
Chief, General Litigation Section III

*/s/ Vanessa E. Atterbeary*
VANESSA E. ATTERBEARY [478070]
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S-070
Washington, D.C. 20001
(202) 727-9624
(202) 727-3625 (fax)
Email: Vanessa.Atterbeary@dc.gov

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
Office of the Attorney General



**Civil Litigation Division**
**General Litigation Section III**

July 25, 2008

Re:   John C. Simms v. District of Columbia Dep.'t. of Corrections, *et al.*
       United States District Court for the District of Columbia
       Case No.: 2008-0910 (RJL)

Dear Mr. Simms:

I am writing, pursuant to Local Civil Rule 7(m), seeking your consent to file a Motion for a More Definite Statement. Please let me know if you consent to the District filing the latter motion on behalf of the Department of Corrections or if you are opposed. It would also be helpful if you provided me with your contact information so that we may discuss matters as they arise throughout the course of litigation.

Please contact me **immediately** at (202) 727-9624 to discuss this matter. I appreciate your prompt attention to this matter.

PETER J. NICKLES
Interim Attorney General for the District of Columbia

Very truly yours,

BY:  *[signature]*
     VANESSA E. ATTERBEARY
     Assistant Attorney General

441 4th Street, N.W., Suite 60-S, Washington, D.C., 20001 Telephone (202) 727-9624, Fax 727-6546
vanessa.atterbeary@dc.gov

GOVERNMENT OF THE DISTRICT OF COLUMBIA
OFFICE OF THE ATTORNEY GENERAL
FOR THE DISTRICT OF COLUMBIA

OFFICIAL BUSINESS
PENALTY FOR MISUSE

REPLY TO: AAG V. Atterbeary
441 4th St, NW
Suite 060-S
Washington, DC
20001

John C. Simms
1620 Fort Davis St, SE
Washington, DC 20001

UNITED STATES POSTAGE
PITNEY BOWES
02 1M    $ 00.42⁰
0004232966    JUL 28 2008
MAILED FROM ZIP CODE 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN C. SIMMS | ) | |
|  | ) | Civil Action No. 08-910 (RJL) |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | |
|  | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| *et. al* | ) | |
|  | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Defendant District of Columbia's Motion for a More Definite Statement, any opposition thereto, and the entire record herein, it is this \_\_\_\_ day of _____, 2008, it is hereby

**ORDERED**, that the Plaintiff must file an Amended Complaint or statement setting forth the time, place and circumstances surrounding the allegations in the original complaint and legal basis for his allegations by _____, 2008.

_____
Judge Richard J. Leon
United States District Court for the
District of Columbia

Copies to:   Vanessa E. Atterbeary
             Assistant Attorney General

             John C. Simms, *pro se*