UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN C. SIMMS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 08-cv-910 (RJL) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.* | ) |
| | ) |
| Defendants. | ) |

ORDER st
(August 31, 2008)

Upon consideration of the defendant District of Columbia's Motion for a More Definite Statement [Dkt. #9], any opposition thereto, and the entire record herein, it is hereby

**ORDERED** that the defendant's motion is **GRANTED**; and it is further

**ORDERED** that the plaintiff must file an Amended Complaint or statement setting forth the time, place and circumstances surrounding the allegations in the original complaint and legal basis for his allegations by September 30, 2008.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge